# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: § § | CASE NO. 20-16312 |
| GWENDOLYN M. EUBANKS-BOYER § | |
| DEBTOR § § | CHAPTER 7 |
| § | |
| NISSAN MOTOR ACCEPTANCE § | |
| CORPORATION § | |
| CREDITOR § | |

## NOTICE OF WITHDRAWAL OF REAFFIRMATION AGREEMENT

**TO THE HONORABLE JUDGE OF SAID COURT:**

Notice is hereby given that **Nissan Motor Acceptance Corporation**, ("Creditor"), is withdrawing its **Reaffirmation Agreement (Doc. #11)** filed on September 23, 2020. A duplicate Reaffirmation Agreement was filed.

Dated: September 29, 2020

Respectfully submitted,
Bonial & Associates, P.C.

/S/ John Rafferty

John Rafferty
14841 Dallas Parkway, Suite 425
Dallas, Texas  752540
(972) 643-6600
(972) 643-6698 (Telecopier)
Email: Consumer7@BonialPC.com
Authorized Agent for Nissan Motor Acceptance Corporation

## CERTIFICATE OF SERVICE OF WITHDRAWAL OF REAFFIRMATION AGREEMENT

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before September 29, 2020 via electronic notice unless otherwise stated:

**Debtors' Attorney**
David H. Cutler
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL  60076

*Trustee*
**Karen R Goodman, ESQ**
Crane, Simon, Clar & Dan
135 South LaSalle Street
Suite 3705
Chicago, IL 60603

/s/ John Rafferty
_____